[No. 33078-1-I.    Division One.    January 9, 1995.]

*In the Matter of the Marriage of* JOHN MAYER,
*Appellant,* and APRIL MAYER, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-3-02458-0, Thomas J. Wynne, J., entered June 25, 1993. *Affirmed* by unpublished opinion per Baker, A.C.J., concurred in by Becker, J., and Scholfield, J. Pro Tem.

[No. 30909-9-I.    Division One.    January 9, 1995.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD J. DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00609-6, Richard J. Thorpe, J., entered February 19, 1992. *Affirmed* by unpublished opinion per Scholfield, J. Pro Tem., concurred in by Pekelis, C.J., and Becker, J.

[No. 33420-4-I.    Division One.    January 9, 1995.]

ERNST HOME CENTER, INC., *Appellant,* v. UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, AFL-CIO, LOCAL 1001, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 92-2-25710-6, Marilyn R. Sellers, entered August 5, 1993. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Kennedy, JJ. Now published at 77 Wn. App. 33.